UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANTOLIN ANDREW MARKS,<br><br>            Plaintiff,<br><br>       v.<br><br>JACK BENNETT *et al.*,<br><br>            Defendants. | Case No.  C07-5372RBL<br><br>ORDER |

    This <u>Bivens</u> action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrates' Rules MJR 1, MJR 3, and MJR 4.

    Mr. Marks now litigates under a sanction as a result of improper filings.  As part of that sanction documents filed by Mr. Marks are submitted under seal for court review.  Mr. Marks has filed three documents since entry of the sanction order (Dkt. # 9, 10, and 11). Documents 9 and 10 directly relate to the sanctions and contain the type of material that lead to the sanctions order.  **Documents 9 and 10 will remain sealed with no further court action on the documents.**

    Document 11 is a request for an extension of time to file objections to a report and recommendation.  **The court orders document 11 unsealed and the motion should be noted on Judge Leighton's calendar as it addresses a matter before him.**

    The clerk's office is directed to send copies of this order to plaintiff.

    DATED this 19 day of September, 2007.

                                                 */S/ J. Kelley Arnold*
                                               J. Kelley Arnold
                                               United States Magistrate