UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANTOLIN ANDREW MARKS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No.  C07-5372RBL<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed, the Report and Recommendation of Magistrate Judge J. Kelley Arnold, objections to the report and recommendation, [Dkt. #12], and the remaining record, does hereby find and ORDER:

(1) Plaintiff's Motion for an Extension of Time to File Objections [Dkt. #11] is **DENIED** as Moot.

(2) The Court adopts the Report and Recommendation;

(3) The application to proceed *in forma pauperis* is **DENIED.**  Plaintiff has thirty days from the date of this order to pay the full $350.00 dollar filing fee.  If the filing fee is not received in thirty days, the clerk's office is instructed to dismiss this action **WITHOUT PREJUDICE**

The Clerk is directed to send copies of this Order to plaintiff, and to the Hon. J. Kelley Arnold and note a date on Judge Arnold's calendar thirty days from today so this action can be tracked.

DATED this 1st day of October, 2007.

/s/ Ronald B. Leighton
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1