UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANTOLIN ANDREW MARKS,<br><br>    Plaintiff,<br><br>    v.<br><br>JACK BENNETT *et al*.,<br><br>    Defendants. | Case No.  C07-5372RBL<br><br>ORDER |

    This <u>Bivens</u> action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrates' Rules MJR 1, MJR 3, and MJR 4.

    Mr. Marks now litigates under a sanction as a result of improper filings.  As part of that sanction documents filed by Mr. Marks are submitted under seal for court review.  Mr. Marks has filed one document since entry of the last order unsealing documents (Dkt. # 20).  The document is a motion for rehearing that has been denied (Dkt. # 21).  The court orders (Dkt. # 20) UNSEALED**.**

    Judge Leighton's October 1, 2007, order gave plaintiff until November 1, 2007, to pay the filing fee or this action would be dismissed without prejudice (Dkt # 16).

    The clerk's office is directed to send copies of this order to plaintiff.

    DATED this 1 day of November, 2007.

                                                                /S/ *J. Kelley Arnold*
                                                               J. Kelley Arnold
                                                                United States Magistrate